IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10619
Conference Calendar

_____

ABELARDO D. LOPEZ,

Plaintiff-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION; JOHN WEATHERLY, Supervisor,
Boot Factory Clements Unit, Texas Department of Criminal
Justice,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:97-CV-194
- - - - - - - - - - -
April 11, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:*

Abelardo D. Lopez, Texas prisoner # 714768, appeals from the

dismissal of his civil-rights complaint, filed pursuant to 42

U.S.C. § 1983, as frivolous and for failure to state a claim

under 28 U.S.C. § 1915(e)(2)(B)(i), (ii).  A dismissal of a

complaint as frivolous under § 1915(e)(2)(B)(i) is reviewed for

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

an abuse of discretion, and a dismissal for failure to state a claim under § 1915(e)(2)(B)(ii) is reviewed <u>de novo</u>. <u>See</u> <u>Ruiz v. United States</u>, 160 F.3d 273, 275 (5th Cir. 1998).

Lopez's allegations fail to show that the defendants acted with deliberate indifference to a substantial risk of serious harm. <u>See</u> <u>Farmer v. Brennan</u>, 511 U.S. 825, 838 (1994). His claim was therefore properly dismissed as frivolous and for failure to state a claim upon which relief could be granted. This appeal is without arguable merit and is thus frivolous. <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir. 1983). The appeal is DISMISSED. <u>See</u> 5TH CIR. R. 42.2.